In the Matter of the Judicial Settlement of the Account of Sarah A. Lindenberger, as Executrix, etc., of Ella A. Compton, Deceased. Emily F. Apgar and William E. Wortman, Appellants; Sarah A. Lindenberger, Individually and as Executrix, etc., Respondent.— Decree of the Surrogate's Court of Rockland county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Frederick W. Maaloe, Appellant, v. Isador Zekowski, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Marie Gardenhire Myers, Respondent, v. Walter Perry Myers, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The New York Central and Hudson River Railroad Company, Appellant, v. Abner B. Mills and Others, Respondents.— Without any expression or intimation of opinion upon the merits of the controversy, we affirm the exercise of discretion by the Special Term in sending back the report to the commissioners by affirmance of the order, with ten dollars costs and disbursements. (See *Matter of Board of Water Commissioners*, 55 App. Div. 77; *Matter of Prospect Park & C. I. R. R. Co.*, 85 N. Y. 489.) Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Nunzio Orsino, Respondent, v. Grace Orsino and Others, Appellants.— Judgment affirmed by default, with costs. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Christian S. Juell, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. Frederick Massolles and Katherina Massolles, Appellants, v. Joseph P. Hennessy and Others, Composing the Board of Assessors of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, as matter of law, and not in the exercise of discretion. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

John H. Smith, Respondent, v. Benjamin E. Valentine, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Anga M. Sundberg, Respondent, v. Yonkers Savings Bank, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.